| | |
|---|---|
| 1 | JOHN J. TUCHI |
| | United States Attorney |
| 2 | District of Arizona |
| | ELIZABETH A. WILSON |
| 3 | Assistant U.S. Attorney |
| | State Bar No. 017087 |
| 4 | 405 West Congress, Suite 4800 |
| | Tucson, Arizona 85701-5040 |
| 5 | Telephone: (520) 620-7300 |
| | elizabeth.wilson2@usdoj.gov |
| 6 | Attorneys for The United States Of America |

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **The United States of America,** | CASE NO. |
| Plaintiff | |
| vs. | **COMPLAINT FOR RECOVERY OF AN ADMINISTRATIVE JUDGMENT AND ORDER** |
| **Sandra Garcia,** | |
| Defendants. | |

The United States of America, by and through, the undersigned Assistant United States Attorney, files this complaint and in support of its claim alleges the following:

I.

This is a civil action brought by the United States of America to recover a monetary Administrative Judgment and Order imposed by the Department of Housing and Urban Development ("the Department" or "HUD").

II.

This court has jurisdiction of the action pursuant to 28 U.S.C. § 1345.

///

III.

Venue is proper in this district because Defendants reside in Arizona within the meaning of 28 U.S.C. §1391( c ).

IV.

This action arises under the Program Fraud Civil Remedies Act of 1986 ("PFCRA") 31 U.S.C. §§ 3801-3812, as implemented by 24 C.F.R. part 28.

V.

The Department of Housing and Urban Development is, and at all times relevant to this action, was an agency of the United States of America with the duty to enforce the provisions of the Act.

VI.

Defendant is an individual who, at all relevant times, was the owner and landlord of a property located at 357 West Santa Maria, Tucson, Arizona ("the property")

VII.

HUD is an authority within the meaning of the PFCRA, 31 U.S.C. § 3901(a)(1).

VIII.

On April 15, 2008, HUD issued a Default Judgment and Order, attached hereto as exhibit "A" and incorporated herein by this reference, in the amount of $66,746.00, minus any amounts paid in restitution in the related Criminal matter, CR 07-00349-TUC-CRP.

IX.

Despite demand, Defendants have refused to pay the Administrative Judgment and Order, and as of the date of the filing of this Complaint, it remains unpaid.

///

///

///

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. Recovery of the Administrative Judgment in the total amount of $66,746.00 with interest from the date of judgment at the statutory rate, minus any amounts paid in restitution in the related Criminal matter;

2. For costs of bringing this action; and

3. Such other and further relief to which the United States of America may be justly entitled.

JOHN J. TUCHI
United States Attorney
District of Arizona

*s/Elizabeth A. Wilson*
ELIZABETH A. WILSON
Assistant U.S. Attorney